UNITED STATES of America,
Plaintiff–Appellee

v.

Marvis Charles BOX, also known as Charles Marvis Box, also known as Marvin Box, also known as Marvis C. Box, also known as Marvis Box, also known as Marvis Scooter, also known as Scooter Box, Defendant–Appellant.

No. 15–50355
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2016.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Marvis Charles Box, Seagoville, TX, pro se.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Marvis Charles Box has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Box has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.